# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 3, 2015

150922 & (54)(55)(56)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

RANDY LANCE BRAUN,
       Defendant-Appellant.

SC:  150922
COA:  315291
Chippewa CC:  11-000680-FC

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 21, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motions to remand and for peremptory reversal are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 3, 2015


Clerk

p0527